### JOHN E. WHITE v. RUTH ANN WHITE

34 So. (2nd) 311          January Term, 1948
March 2, 1948          Special Division B

*Martin J. Pearl, J. L. Cogdill,* and *John E. Lake,* all of Jacksonville, for appellant.

*Lloyd Bass,* of Jacksonville, for appellee.

It is further ordered that the appellant pay to the appellee the sum of Two Hundred Fifty ($250.00) Dollars as her reasonable atttorney's fees for this appeal.

THOMAS, C. J., ADAMS and BARNS, JJ., and JACKSON, Associate Justice concur.